IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARC and ROBERTA GALLIANI,

    Plaintiffs,                    No. 2:12-cv-00411 KJM KJN PS

    v.

CITIMORTGAGE, INC.,

    Defendant.                ORDER

/

        This matter proceeds before the undersigned magistrate judge because plaintiffs were, until recently, proceeding without counsel. See E. Dist. Local Rule 302(c)(21). On May 16, 2012, plaintiffs filed a Notice of Substitution of Counsel (Dkt. No. 10), which indicates that plaintiffs are now represented by attorneys. Because plaintiffs are now represented by counsel, pretrial matters, other than discovery motions and other matters appropriately referred to the undersigned under the court's Local Rules, should now be noticed before the United States District Judge assigned to this action. See E. Dist. Local Rule 302(c)(21).

        The undersigned notes that defendants' amended motion to dismiss plaintiffs' complaint (Dkt. No. 10) is presently set to be heard by the undersigned on June 7, 2012. (Order, Apr. 24, 2012, Dkt. No. 9.) Plaintiffs' opposition to the amended motion to dismiss is due by May 17, 2012, but on May 16, 2012, the parties filed a stipulation and proposed order continuing

1

the hearing date and modifying the briefing schedule relative to the amended motion to dismiss (Dkt. No. 11). However, because plaintiffs are no longer proceeding without counsel, the undersigned lacks authority to rule on the parties' stipulation and proposed order under Local Rule 302(c)(21). The parties should redirect their stipulation and proposed order to the district judge.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred to the United States District Judge assigned to this action. E. Dist. Local Rule 302(c)(21).

2. All dates pending before the undersigned are vacated.

3. Henceforth the caption on documents filed in this action shall be No. 2:12-cv-000411 KJM KJN.

IT IS SO ORDERED.

DATED: May 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN:nkd

---

[1] The undersigned will forward the electronic, WordPerfect version of the parties' stipulation and proposed order to the assigned district judge.

2